In the Matter of JOSEPH SIMONS, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, Appellant, against NEW YORK HERALD TRIBUNE, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.